**SODW**
Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Adam D. Smith, Esq.
Nevada Bar No. 9690
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
E-mail: ceschweiler@glenlerner.com
         asmith@glenlerner.com
Attorneys for Glen J. Lerner and
Glen J. Lerner & Associates

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RICHARD TIETJEN,

     Plaintiff,

vs.

CASE NO. 2:10-cv-01077-JCM-LRL

Glen J. Lerner, Law Office of Glen J. Lerner and Associates; James Rolshouse & Associates, James Rolshouse, Robert M. Gardner, Gardner Law Office, Law Office of Alan D. Sackrin, and DOES I through 50 inclusive,

     Defendants.

## STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff's claims against all Defendants shall be dismissed with prejudice, each party to bear its own costs and attorney's fees.

| GLEN J. LERNER & ASSOCIATES | LAW OFFICE OF JOEL SELIK |
|---|---|
| */s/ signature* | */s/ signature* |
| Corey M. Eschweiler, Esq. | Joel Selik, Esq. |
| Nevada Bar No. 6635 | Nevada Bar No. 0402 |
| Adam D. Smith, Esq. | 6960 O'Bannon Drive |
| Nevada Bar No. 9690 | Suite 130 |
| 4795 South Durango Drive | Las Vegas, Nevada 89117 |
| Las Vegas, Nevada 89147 | Attorney for Plaintiff |
| Attorneys for Glen J. Lerner & Associates and Glen J. Lerner | |

- 1 -

| | |
|---|---|
| GARDNER LAW OFFICE | OLSON, CANNON, GORMLEY & DESRUISSEAUX |
| *[signature]* | |
| Robert M. Gardner, Esq.<br>P.O. Box 22071<br>St. Paul, MN 55122-0071<br>Attorneys for Robert M. Gardner and<br>Gardner Law Office | Max E. Corrick, Esq.<br>Nevada Bar No. 6609<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorneys for Alan D. Sackrin and Law<br>Office of Alan D. Sackrin |

## ORDER

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this _____ day of July, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

GLEN J. LERNER & ASSOCIATES

*[signature]*

Corey M. Eschweiler, Esq.
Nevada Bar No.: 6635
Adam D. Smith, Esq.
Nevada Bar No.: 9690
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Glen J. Lerner and
Glen J. Lerner & Associates

| | |
|---|---|
| GARDNER LAW OFFICE | OLSON, CANNON, GORMLEY & DESRUISSEAUX |
| Robert M. Gardner, Esq.<br>P.O. Box 22071<br>St. Paul, MN 55122-0071<br>Attorneys for Robert M. Gardner and<br>Gardner Law Office | /s/ Max E. Cornick<br>Max E. Cornick, Esq.<br>Nevada Bar No. 6609<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorneys for Alan D. Sackrin and Law<br>Office of Alan D. Sackrin |

## ORDER

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 24th day of August, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

GLEN J. LERNER & ASSOCIATES

_____
Corey M. Eschweiler, Esq.
Nevada Bar No.: 6635
Adam D. Smith, Esq.
Nevada Bar No.: 9690
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Glen J. Lerner and
Glen J. Lerner & Associates